# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TPC GROUP INC., *et al.*, | : Chapter 11 |
| | : Case No. 22-10493-CTG |
| Debtors. | : (Jointly Administered) |
| | : |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | : |
| | : |
| Appellant, | : |
| v. | : Adv. Proc. No. 22-50372 (CTG) |
| | : |
| TPC GROUP INC. and the AD HOC NOTEHOLDER GROUP, | : Misc. No. 22-298-RGA |
| | : |
| Appellee, | : |
| | : |
| -and- | : |
| | : |
| THE AD HOC NOTEHOLDER GROUP, | : |
| | : |
| Intervenor. | : |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED:

1. The Emergency Stay Motion (D.I. 1) is DENIED.

2. The Emergency Motion to Expedite Appeal (D.I. 7) is DENIED.

3. The Clerk is directed to CLOSE Misc. No. 22-298-RGA.

Entered this 26th day of July, 2022.

*/s/ Richard G. Andrews*
United States District Judge