## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC, *et al.,* | Bankruptcy Case No. 22-10493 (CTG) |
| *Debtors.*[1] | Jointly Administered |
| | |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P | Bankruptcy Adv. Proc. No. 22-50372 (CTG) |
| *Plaintiffs-Appellants,* | Civ. Action No. 22-mc-00298 (RGA) |
| v. | **Related Docket Nos. 25 and 27** |
| TPC GROUP INC., | |
| *Defendant-Appellee,* | |
| -and- | |
| THE AD HOC NOTEHOLDER GROUP, | |
| *Intervenor-Defendant-Appellee.* | |

## <u>DECLARATION OF OSCAR SHINE</u>

---

[1] The Debtors in these Chapter 11 cases, and the last four digits of their federal tax identification numbers, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

OSCAR SHINE, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a member of the law firm Selendy Gay Elsberg PLLC, counsel to Plaintiffs-Appellants Cerberus Capital Management, L.P and Bayside Capital, Inc. in the above-captioned Action. I submit this declaration in support of the *Reply of Appellants Bayside Capital, Inc. and Cerberus Capital Management, L.P. in Further Support of Their Emergency Motion for Stay of Effectiveness and Enforcement of Order and Judgment Pending Appeal Pursuant to Bankruptcy Rule 8007*, filed contemporaneously herewith.

2.      Attached to this declaration as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Robert Del Genio, dated July 13, 2022.

3.      Attached to this declaration as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Zul Jamal, dated July 12, 2022.

4.      Attached to this declaration as **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of Alexander Tracy, dated July 14, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2022

/s/            *Oscar Shine*
Oscar Shine

DOCS_DE:240095.1 13563/001

# Exhibit A

## FILED UNDER SEAL

DOCS_DE:240095.1 13563/001

# Exhibit B

## FILED UNDER SEAL

# Exhibit C

**FILED UNDER SEAL**

DOCS_DE:240095.1 13563/001